2011V00180
PAUL J. FISHMAN
United States Attorney
By: PETER W. GAETA
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey  07102
Tel: 973.645.2927
Fax: 973.297.2042
peter.gaeta@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Hon. Stanley R. Chesler, U.S.D.J.

Civil Action No. 11-458

NOTICE OF FORFEITURE

UNITED STATES OF AMERICA,

          Plaintiff,

          - against -

$120,342.12, INCLUDING BUT NOT LIMITED TO

$70,342.12 CONTAINED IN ACCOUNT NUMBER 14224410 IN THE NAME AND/OR FOR THE BENEFIT OF ERICK GREENE AT JP MORGAN CHASE BANK, LOCATED AT 200 W. SECOND STREET, SUITE 101, PLAINFIELD NEW JERSEY 07060;

AND

$50,000.00 CONTAINED IN ACCOUNT NUMBER 14112172 IN THE NAME AND/OR FOR THE BENEFIT OF ERICK GREENE AT JP MORGAN CHASE BANK, LOCATED AT 200 W. SECOND STREET, SUITE 101, PLAINFIELD NEW JERSEY 07060

          **Defendant** *in rem*.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A civil complaint seeking forfeiture pursuant to 31 U.S.C. § 5317(c)(2), which provides for the forfeiture to the United States of any property involved in a violation of 31 U.S.C. § 5324, was filed on January 25, 2011, in the United States District Court for the District of New Jersey by Peter W. Gaeta, Assistant United States Attorney on behalf of the United States of America, plaintiff, against the defendant property, namely $120,342.12 including but not limited to $70,342.12 contained in account number 14224410 in the name and/or for the benefit of Erick Greene at JP Morgan Chase Bank, located at 200 W. Second Street, Suite 101, Plainfield New Jersey 07060; and $50,000.00 contained in account number 14112172 in the name and/or for the benefit of Erick Greene at JP Morgan Chase Bank, located at 200 W. Second Street, Suite 101, Plainfield New Jersey 07060 (hereinafter the "defendant property").

The United States hereby gives notice of its intention to dispose of the seized defendant property in such manner as the United States Attorney General may direct.

Any person claiming an interest in, or right against, the defendant property must file a conforming Claim under penalty of perjury identifying the specific property claimed, identifying the claimant, and stating the claimant's specific interest in the property, in the manner set forth in Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure and 18 U.S.C. § 983(a)(4)(A), **which claim must be filed within 35 days of the date of this notice**.  In addition, any person having filed such a conforming Claim must also file an Answer to the Complaint or a Motion to Dismiss in lieu of an Answer under Rule 12 of the Federal Rules of Civil Procedure within 21 days after filing the conforming Claim.

All such Claims and Answers or Motions must be filed with the Office of the Clerk, United States District Court, Martin Luther King Jr. Federal Building and U.S. Courthouse,

Room 4105, 50 Walnut Street, Newark, New Jersey 07102, with a copy sent to Assistant United States Attorney Peter W. Gaeta, United States Attorney's Office, 970 Broad Street, 7th Floor, Newark, New Jersey 07102.  If you fail to timely file a conforming Claim, or fail to file an Answer or Motion, the United States will seek judgment by default for the relief demanded in the Complaint.

The defendant property is currently in the custody of the Department of the Treasury, Internal Revenue Service, Criminal Investigation ("IRS-CI"), Springfield, New Jersey.

Additional procedures and rules governing this forfeiture action are set forth in 18 U.S.C. § 981 and 19 U.S.C. §§ 1602-1619.  All persons and entities who have an interest in the defendant property may, in addition to filing a Claim or in lieu of filing a Claim, submit a Petition for Remission or Mitigation of the forfeiture for non-judicial determination of this action pursuant to 28 C.F.R. § 9.

        PAUL J. FISHMAN
        United States Attorney


        S/*Peter W. Gaeta*
By:   PETER W. GAETA
        Assistant United States Attorney
        Asset Forfeiture Coordinator


Dated: February 4, 2011